JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jonathan Garcia**,<br><br>       Plaintiff,<br><br>    – v. –<br><br>**United States of America**, **Valentine**, Drug Enforcement Administration Special Agent, and **Does 1–10**, inclusive,<br><br>       Defendants. | No. 2:16-cv-01664-ODW-AGR<br><br>**Judgment** |

1 | In accordance with the Court's findings of fact and conclusions of law (ECF No.
2 | 85), judgment is entered in favor of defendant United States of America and against
3 | plaintiff Jonathan Garcia. The Clerk of the Court shall close the case.

Dated: April 2, 2018

**Hon. Otis D. Wright, II**
United States District Judge